**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIX TORRES, JR., <br><br>             Plaintiff, <br><br>     vs. <br><br>THE CITY OF LAGUNA NIGUEL, THE CITY COUNCIL OF LAGUNA NIGUEL its COUNCIL MEMBERS individually and official capacities; THE ORANGE COUNTY SHERIFF'S DEPARTMENT, ORANGE COUNTY SHERIFF MICHAEL COARONA, individually and official capacities; ORANGE COUNTY SHERIFF DEPUTY J. ALLEMARD #921, individually and official capacity, and DOES 1-10, individually, inclusive, <br><br>             Defendants. | Case No. SACV 07-736 GW (JWJ) <br><br>**JUDGMENT** |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

///

///

-2-

1   IT IS ADJUDGED that Judgment be entered granting Defendant's Motion
2 for Summary Judgment and dismissing this action.  Plaintiff's claims against all
3 Defendants regarding his citation for violation of Laguna Niguel Ordinance 13-1-
4 95 are dismissed without prejudice pursuant to Heck v. Humphrey, 512 U.S. 477,
5 487, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994).  Plaintiff's remaining federal law
6 claims against all Defendants are dismissed with prejudice.  Plaintiff's remaining
7 state law claims are dismissed without prejudice.  All other pending motions are
8 denied as moot.

DATED: December 21, 2009

_____
GEORGE H. WU
United States District Judge